UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 02-23263-CIV-GOLD/SIMONTON

SHERIAN PALMER

        Plaintiff,

vs.

OLD TIME POTTERY, INC.,
A Florida Corporation,
MICHAEL MCDONALD, and
MIKE HASH,

        Defendants.    /

## ORDER DISMISSING COMPLAINT AS TO OLD TIME POTTERY WITH PREJUDICE; REMANDING CASE AS TO MCDONALD AND HASH; CLOSING CASE

    THIS CAUSE is before the Court upon the Final Report of the Mediator **[DE 76]**, filed April 23, 2004. The Mediator reports that a complete agreement was reached between Plaintiff and Defendant Old Time Pottery, Inc. The Complaint contains federal and state claims against Old Time Pottery and only state claims against McDonald and Hash. As a result of the fact that the Third Amended Complaint for Civil Rights Violations **[DE 54]** fails to indicate an alternative basis for original jurisdiction, this Court declines to exercise supplemental jurisdiction over the Plaintiffs' remaining state law claims against the individual Defendants. See 28 U.S.C. § 1367(c). Accordingly, it is hereby **ORDERED AND ADJUDGED THAT:**

    1.    Plaintiff's Complaint is DISMISSED WITH PREJUDICE against Defendant Old Time Pottery, Inc.

    2.    Plaintiff's claims against Defendants McDonald and Hash are hereby DISMISSED WITHOUT PREJUDICE with leave to re-file in state court within

thirty days from the entry of this Order.

3. All pending motions are DENIED AS MOOT.

4. This case is CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2004.

_____
THE HONORABLE ADALBERTO JORDAN for
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished:

**U.S. Magistrate Judge Andrea Simonton**

**Teri Guttman Valdes, Esq.**
1550 Madruga Ave., Suite 323
Coral Gables, Florida 33146

**Rosie Loy-Perez, Esq.**
Suite 410
1550 Madruga Avenue
Coral Gables, FL 33146-3019

**M. Stephen Smith, Esq. & Amy G. Perez, Esq.**
Suite 3000
80 S.W. 8th Street
Miami, FL 33130-9041